UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11CR280-02 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MIRANDA L. BLACK, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Nancy A. Vecchiarelli's Report and Recommendation that the Court ACCEPT Defendant Miranda L. Black's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 34.)

On June 23, 2011, the government filed an Indictment against Defendant. (Doc. No. 1.) On August 10, 2011, this Court issued an order assigning this case to Magistrate Judge Vecchiarelli for the purpose of receiving Defendant's guilty plea. (Doc. No. 31.)

On August 11, 2011, a hearing was held in which Defendant entered a plea of guilty to Count 2 of the Indictment, charging her with aiding and assisting escape, in violation of 18 U.S.C. Section 752(a). Magistrate Judge Vecchiarelli received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 34.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days

after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that she understands his constitutional rights, that she is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Count 2 in violation of 18 U.S.C. Section 752(a). The sentencing will be held on October 25, 2011 at 11:30 a.m.

**IT IS SO ORDERED**.

Dated: September 12, 2011

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**